UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHESTER ANDERSON,

           Plaintiff,

v.

THE UNITED STATES OF AMERICA, et al.,

           Defendants.

C16-586 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant's motion, docket no. 24, is GRANTED; Plaintiff's Eighth Amendment/*Bivens* Claim (Second Cause of Action) is DISMISSED with prejudice because it is barred by Washington's three-year statute of limitations, RCW 4.16.080(2). Plaintiff asserts in his response that his *Bivens* claim should "relate back"; however, he does not dispute that the Complaint was filed after the statute of limitations had already lapsed on that claim.

(2)    The Court approves the joint stipulation of the parties, docket no. 27, and directs the parties to file, within 14 days, a joint status report proposing a continuance of the case scheduling deadlines, including the trial date, if necessary.

(3)    The Clerk is directed to terminate Unknown Correctional Officers and Bureau of Prisons Supervisory Employees as defendants, and to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of March, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1