UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| CHESTER ANDERSON, | |
|---|---|
| Plaintiff, | |
| v. | C16-586 TSZ |
| THE UNITED STATES OF AMERICA, | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Having reviewed the Joint Status Report, docket no. 30, submitted by the parties, the Court hereby sets the following dates and deadlines:

| **BENCH TRIAL DATE** | **September 17, 2018** |
|---|---|
| Deadline for amending pleadings | February 26, 2018 |
| Disclosure of expert testimony | February 26, 2018 |
| Discovery motions filing deadline | April 19, 2018 |
| Discovery completion date | May 28, 2018 |
| Dispositive motions filing deadline | June 28, 2018 |

MINUTE ORDER - 1

| Motions in limine filing deadline | August 16, 2018 |
|---|---|
| Agreed pretrial order due | August 31, 2018 |
| Trial briefs due | August 31, 2018 |
| Proposed findings of fact and conclusions of law and deposition testimony designations due | August 31, 2018 |
| Pretrial conference scheduled for | September 7, 2018, at 1:30 p.m. |

All other terms and conditions, and the deadline for joining additional parties, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 9, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of March, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2