UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHESTER ANDERSON,

        Plaintiff,

  v.

THE UNITED STATES OF AMERICA,

        Defendant.

C16-586 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed Plaintiff Chester Anderson's second Ex Parte Application for Postponement of Deadline for Designation of Experts, docket no. 36, to which Defendant does not object, *see* docket no. 38, the Court hereby EXTENDS the deadline for disclosure of expert testimony from March 19, 2018, to April 2, 2018. All other dates and deadlines imposed by the Court's Minute Order, docket no. 31, shall remain the same.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of March, 2018.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1